IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VERNON FLANNING, SR.,

    Plaintiff,

v.      CASE NO. 5:12-cv-337-MW/CJK

STATE OF FLORIDA,
DEPARTMENT OF CORRECTIONS,
et al.,

    Defendants.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No.18, filed June 27, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "This cause is **DISMISSED without prejudice** for Plaintiff's failure to comply with the orders of the Court." The Clerk shall close the file.

**SO ORDERED on July 18, 2013.**

                              **s/Mark E. Walker**
                              **United States District Judge**