VERNON FLANNING, SR
 PLAINTIFF

CASE NO# 5:12-CV-337/MW/CJK

V.

DEPARTMENT OF
CORRECTIONS et al.,
 DEFENDANT(S)


PROVIDED TO SUWANNEE C.I. ON MAY 15 2014 V.F. FOR MAILING

MOTION OF BELATED ORDERS NEGLIGENCE
OF DUE PROCESS UPON D.O.C. MAILING CHANNELS

COURT ORDERED,

PLAINTIFF OF WITHDRAWL FORMS, AND PREVIOUS ACCOUNT BALANCES OF NOVEMBER 2013 - APRIL 2014. INADDITIONAL, AN AMENDED COMPLAINT FORM. ALL DOCUMENTS WAS DELAYED BY BUSINESS OFFICE. INTURN PLAINTIFF WAS HELD UP, BY INSTITUTION'S MAILING CHANNELS.

AMENDED CIVIL RIGHTS COMPLAINT FORM AMERICANS WITH DISABILITIES ACT 42 U.S.C. § 12101-12213; MAILED TO DISTRICT COURT FOR NORTHERN DISTRICT FOR PANAMA CITY DIVISION.

CC:
CLERK, U.S. DIST. CT
ONE NORTH PALAFOX STREET
PENSACOLA, FLA 32502

/s/ V_____ F_____
VERNON FLANNING 255925 (152-123L)
S.C.I.A.
5964 - U.S. HWY #90
LIVE OAKS, FLA 32060

Filed0519'14UsDcFLn3PM0243

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☑ Other _INMATE TRUST FUND: MAIL ROOM_ |
|---|---|---|---|---|

| FROM: | Inmate Name: VERNON FlANNING | DC Number: 255925 | Quarters: K2-123L | Job Assignment: I/G.s | Date: 4-2-14 |
|---|---|---|---|---|---|

**REQUEST**                                Check here if this is an informal grievance ☐

I NEED A COPY OF MY INMATE ACCOUNT BALANCE FOR JAN 2014 THRU MAR, 2014. AN COURT ORDERED DEADLINE HAS BEEN ISSUED FOR (30) DAYS. YOUR HELP IS VERY APPRECIATED....

THANK YOU!

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                          DATE RECEIVED: _____

see attached

|The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.|

Official (Signature): _____     Date: 4/14/14

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 6/12)

Incorporated by Reference in Rule 33-103.005, F.A.C.

```
                        FLORIDA DEPARTMENT OF CORRECTIONS            04/14/14
 IBSR176 (90)            INITIAL PAYMENT FOR FILE FEE                15:33:50
                              FOR: 04/14/2014                        PAGE   1


 DC # : 255925    INMT NAME : FLANNING, VERNON       CURR BAL  : $      12.23
 HOLDS : $   0.00  LIENS : $   793.00             SPENDABLE  : $       0.00


  DATE RANGE             MONTHLY AVERAGE DEPOSITS   MONTHLY AVERAGE BALANCES
  10/16 - 11/14                $      0.00                $      3.92
  11/15 - 12/14                $     10.00                $      1.19
  12/15 - 01/13                $     62.50                $      0.00
  01/14 - 02/12                $     25.00                $      0.00
  02/13 - 03/14                $     25.00                $      0.00
  03/15 - 04/13                $     30.00                $      9.03


  AVERAGE OVER 6 MONTHS       DEPOSITS : $    25.42
                              BALANCES : $     2.36


 CALCULATED INITIAL PAYMENT : $    5.08
```

```
IBSR140 (74)                      FLORIDA DEPARTMENT OF CORRECTIONS                        04/14/14
                                    TRUST FUND ACCOUNT STATEMENT                           15:27:42
                                     FOR: 10/14/2013 - 04/14/2014                          PAGE   1
```

ACCT NAME: FLANNING, VERNON          ACCT#: 255925
   BED: K2123L                       TYPE: INMATE TRUST
   PO BOX:

BEGINNING BALANCE 10/14/13          $5.33

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 10/15/13 | 140 | LEGAL POSTAGE W | 10.9.13 | 000 | | - | $0.66 | $4.67 |
| 10/18/13 | 065 | CANTEEN SALES | 23020131017 | 000 | | - | $0.80 | $3.87 |
| 10/21/13 | 147 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.01 | $3.86 |
| 11/24/13 | 065 | CANTEEN SALES | 23020131123 | 000 | | - | $3.50 | $0.36 |
| 11/25/13 | 149 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.04 | $0.32 |
| 11/27/13 | 141 | LIEN PAYMENT | 11.25.13 | 000 | | - | $0.32 | $0.00 |
| | | LEGAL POSTAGE W - 11/27/2013 | 11.25.13 | | | | | |
| 11/27/13 | 141 | LEGAL POSTAGE W | 11.25.13A | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED - 11/27/2013 | 11.25.13A | | | | | |
| 11/27/13 | 141 | LEGAL POSTAGE W | 11.25.13B | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED - 11/27/2013 | 11.25.13B | | | | | |
| 12/09/13 | 193 | LEGAL POSTAGE W | 12.5.13 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED - 12/09/2013 | 12.5.13 | | | | | |
| 12/09/13 | 193 | LEGAL POSTAGE W | 12.5.13A | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED - 12/09/2013 | 12.5.13A | | | | | |
| 12/13/13 | 212 | JPAY DEPOSIT | 30575059 | 000 | WATTS, HELEN | + | $10.00 | $10.00 |
| 12/13/13 | 215 | LIEN PAYMENT | 121313212242 | 000 | | - | $10.00 | $0.00 |
| | | ST. PRISON LITI - 06/26/2013 | 12CA17006 | | | | | |
| 12/29/13 | 117 | JPAY DEPOSIT | 30991947 | 000 | WATTS, HELEN | + | $25.00 | $25.00 |
| 12/29/13 | 118 | LIEN PAYMENT | 122913117600 | 000 | | - | $25.00 | $0.00 |
| | | ST. PRISON LITI - 06/26/2013 | 12CA17006 | | | | | |
| 01/08/14 | 205 | JPAY DEPOSIT | 31273402 | 000 | WATTS, HELEN | + | $100.00 | $100.00 |
| 01/08/14 | 206 | LIEN PAYMENT | 010814205922 | 000 | | - | $100.00 | $0.00 |
| | | ST. PRISON LITI - 06/26/2013 | 12CA17006 | | | | | |
| 01/21/14 | 158 | LEGAL POSTAGE W | 1.15.14 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED - 01/21/2014 | 1.15.14 | | | | | |
| 01/21/14 | 158 | LEGAL POSTAGE W | 1.15.14A | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED - 01/21/2014 | 1.15.14A | | | | | |
| 01/21/14 | 158 | LEGAL POSTAGE W | 1.15.14C | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED - 01/21/2014 | 1.15.14C | | | | | |
| 01/21/14 | 170 | JPAY DEPOSIT | 31605325 | 000 | WATTS, HELEN | + | $25.00 | $25.00 |
| 01/21/14 | 173 | LIEN PAYMENT | 012114170615 | 000 | | - | $25.00 | $0.00 |
| | | ST. PRISON LITI - 06/26/2013 | 12CA17006 | | | | | |
| 01/30/14 | 184 | LEGAL COPIES WD | 03120140039 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED - 01/30/2014 | 03120140039 | | | | | |
| 02/24/14 | 210 | LEGAL POSTAGE W | 2.19.14 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED - 02/24/2014 | 2.19.14 | | | | | |
| 03/07/14 | 185 | JPAY DEPOSIT | 32954123 | 000 | WATTS, HELEN | + | $25.00 | $25.00 |
| 03/07/14 | 186 | LIEN PAYMENT | 030714185867 | 000 | | - | $25.00 | $0.00 |
| | | ST. PRISON LITI - 06/26/2013 | 12CA17006 | | | | | |
| 03/17/14 | 222 | LEGAL POSTAGE W | 3.12.14 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED - 03/17/2014 | 3.12.14 | | | | | |
| 03/17/14 | 222 | LEGAL POSTAGE W | 3.12.14A | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED - 03/17/2014 | 3.12.14A | | | | | |

```
                              FLORIDA DEPARTMENT OF CORRECTIONS                 04/14/14
IBSR140 (74)                     TRUST FUND ACCOUNT STATEMENT                   15:27:42
                                 FOR: 10/14/2013 - 04/14/2014                   PAGE   2


ACCT NAME: FLANNING, VERNON           ACCT#: 255925
     BED: K2123L                      TYPE: INMATE TRUST
     PO BOX:
```

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 03/17/14 | 222 | LEGAL POSTAGE W | 3.12.14B | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 03/17/2014 | 3.12.14B | | | | |
| 03/17/14 | 222 | LEGAL POSTAGE W | 3.12.14C | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 03/17/2014 | 3.12.14C | | | | |
| 03/24/14 | 202 | LIEN PAYMENT | 030714185867 | 000 | | -( | $25.00) | $25.00 |
| | | ST. PRISON LITI | - 06/26/2013 | 12CA17006 | | | | |
| 03/24/14 | 205 | LIEN PAYMENT | SATISFYLIENS | 000 | | - | $5.00 | $20.00 |
| | | MEDICAL CO-PAY | - 09/26/2013 | 0925131140DS | | | | |
| 03/24/14 | 205 | LIEN PAYMENT | SATISFYLIENS | 000 | | - | $1.80 | $18.20 |
| | | LEGAL COPIES LI | - 01/30/2014 | 03120140039 | | | | |
| 03/24/14 | 205 | LIEN PAYMENT | SATISFYLIENS | 000 | | - | $0.34 | $17.86 |
| | | LEGAL POSTAGE L | - 11/27/2013 | 11.25.13 | | | | |
| 03/24/14 | 205 | LIEN PAYMENT | SATISFYLIENS | 000 | | - | $0.66 | $17.20 |
| | | LEGAL POSTAGE L | - 11/27/2013 | 11.25.13A | | | | |
| 03/24/14 | 205 | LIEN PAYMENT | SATISFYLIENS | 000 | | - | $0.66 | $16.54 |
| | | LEGAL POSTAGE L | - 11/27/2013 | 11.25.13B | | | | |
| 03/24/14 | 205 | LIEN PAYMENT | SATISFYLIENS | 000 | | - | $0.66 | $15.88 |
| | | LEGAL POSTAGE L | - 12/09/2013 | 12.5.13 | | | | |
| 03/24/14 | 205 | LIEN PAYMENT | SATISFYLIENS | 000 | | - | $0.66 | $15.22 |
| | | LEGAL POSTAGE L | - 12/09/2013 | 12.5.13A | | | | |
| 03/24/14 | 205 | LIEN PAYMENT | SATISFYLIENS | 000 | | - | $0.46 | $14.76 |
| | | LEGAL POSTAGE L | - 01/21/2014 | 1.15.14 | | | | |
| 03/24/14 | 205 | LIEN PAYMENT | SATISFYLIENS | 000 | | - | $0.46 | $14.30 |
| | | LEGAL POSTAGE L | - 01/21/2014 | 1.15.14C | | | | |
| 03/24/14 | 205 | LIEN PAYMENT | SATISFYLIENS | 000 | | - | $0.46 | $13.84 |
| | | LEGAL POSTAGE L | - 01/21/2014 | 1.15.14A | | | | |
| 03/24/14 | 205 | LIEN PAYMENT | SATISFYLIENS | 000 | | - | $0.49 | $13.35 |
| | | LEGAL POSTAGE L | - 02/24/2014 | 2.19.14 | | | | |
| 03/24/14 | 205 | LIEN PAYMENT | SATISFYLIENS | 000 | | - | $0.49 | $12.86 |
| | | LEGAL POSTAGE L | - 03/17/2014 | 3.12.14A | | | | |
| 03/24/14 | 205 | LIEN PAYMENT | SATISFYLIENS | 000 | | - | $0.49 | $12.37 |
| | | LEGAL POSTAGE L | - 03/17/2014 | 3.12.14 | | | | |
| 03/24/14 | 205 | LIEN PAYMENT | SATISFYLIENS | 000 | | - | $0.49 | $11.88 |
| | | LEGAL POSTAGE L | - 03/17/2014 | 3.12.14C | | | | |
| 03/24/14 | 205 | LIEN PAYMENT | SATISFYLIENS | 000 | | - | $0.49 | $11.39 |
| | | LEGAL POSTAGE L | - 03/17/2014 | 3.12.14B | | | | |
| 04/08/14 | 065 | CANTEEN SALES | 23020140407 | 000 | | - | $6.15 | $5.24 |
| 04/10/14 | 216 | JPAY DEPOSIT | 33952345 | 000 | WATTS, HELEN | + | $30.00 | $35.24 |
| 04/10/14 | 219 | LIEN PAYMENT | 041014216372 | 000 | | - | $6.00 | $29.24 |
| | | FED PRISON LITI | - 09/06/2013 | 512CV337 | | | | |
| 04/10/14 | 219 | LIEN PAYMENT | 041014216372 | 000 | | - | $6.00 | $23.24 |
| | | FED PRISON LITI | - 01/15/2014 | 13-14877-D | | | | |
| 04/12/14 | 065 | CANTEEN SALES | 23020140411 | 000 | | - | $1.74 | $21.50 |
| 04/14/14 | 063 | CANTEEN SALES | 23020140413 | 000 | | - | $9.10 | $12.40 |
| 04/14/14 | 155 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.17 | $12.23 |

```
IBSR140 (74)                    FLORIDA DEPARTMENT OF CORRECTIONS              04/14/14
                                   TRUST FUND ACCOUNT STATEMENT                15:27:42
                                   FOR: 10/14/2013 - 04/14/2014                PAGE    3


ACCT NAME: FLANNING, VERNON          ACCT#: 255925
      BED: K2123L                    TYPE: INMATE TRUST
      PO BOX:

                                                              ENDING BALANCE 04/14/14    $12.23


LIEN                            LIEN      AMOUNT      AMOUNT
DATE      TYPE OF LIEN          FACL      OF LIEN    STILL OWED
--------  ------------------    ----    ----------   ----------
SUMMARY   FEDERAL PRISON LITIGATION              $350.00    $344.00
01/15/14  FEDERAL PRISON LITIGATION     231      $455.00    $449.00
```

**DEPARTMENT OF CORRECTIONS**
**INMATE TRUST FUND**
**SPECIAL WITHDRAWAL**

TO: _MAJOR R. GEIGER_   FACILITY: _SUWANNEE C.I./A._
OFFICER IN CHARGE

FROM: _FLANNING VERNON_   _255925_
INMATE NAME                INMATE NUMBER

_K2_                       _123L_
DORM NUMBER                BUNK NUMBER

PLEASE ACCEPT THIS MEMO AS MY REQUEST TO WITHDRAW $ _1.83_ FROM MY INMATE TRUST FUND ACCOUNT FOR THE PURPOSE OF: _PARTIAL PAYMENT FOR CASE NO# 5:12-CV-337/MW/CJK_

PLEASE MAKE THE TRUST FUND CHECK PAYABLE TO: _CLERK, U.S. DISTRICT COURT - ONE NORTH PALAFOX STREET - PENSACOLA - FLA 32502_

PLEASE MAIL THE CHECK TO: _CLERK, U.S. DISTRICT COURT - ONE NORTH PALAFOX STREET PENSACOLA, FLA 32502_

DATE REQUESTED: _4-8-14_   REQUESTED BY: _[signature]_
                                          INMATE'S SIGNATURE

RECEIVED BY: _[signature]_   _4/8/14_
OFFICER                       DATE

APPROVED [ ✓ ]
DISAPPROVED [  ]   _[signature]_   _4-9-14_
OFFICER IN CHARGE                   DATE

TRUST FUND CHECK NUMBER ISSUED _056544_   DATE ISSUED _4/21/14_

DC2-304 (Revised 9/2/08)   Incorporated by Reference in Rule 33-203.201, F.A.C.

VERNON FLANNING
255925 (K2-1234)
SUWANNEE CORRECTIONAL
INSTITUTE ANNEX
5964 - U.S. HWY #90
LIVE OAK, FLA
32060

MAILED FROM JACKSONVILLE FL 320
16 MAY 2014 PM 4 L
STATE CORRECTIONAL INSTITUTION

CLERK
U.S. DISTRICT COURT
ONE NORTH PALAFOX STREET
PENSACOLA, FLA.
32502