**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**VERNON FLANNING, SR.,**

      **Plaintiff,**

**v.**                            **CASE NO. 5:12cv337-MW/CJK**

**STATE OF FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,**

      **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate's Report and

Recommendation, ECF No. 62, filed August 11, 2014, and has also reviewed *de*

*novo* Plaintiff's Objections to the report and recommendation, ECF No. 63, filed

September 3, 2014.  Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's

objections, as this Court's opinion.  The Clerk shall enter judgment stating, "This

action is DISMISSED **without prejudice** under 28 U.S.C. § 1915(e)(2)(B)(ii)

against defendants Apalachee CI Medical Department, Perish, Brock, Padgett,

Froster, Jackson, and Holland, for plaintiff's failure to state a claim upon which relief may be granted."  This case is remanded to the Magistrate for service and further proceedings on the individual capacity claim alleging Eighth Amendment violations against Defendant Baker.

**SO ORDERED on September 5, 2014.**

**s/Mark E. Walker**
**United States District Judge**