IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**VERNON FLANNING, SR.,**

    **Plaintiff,**

v.                                            Case No. 5:12cv337-MW/CJK

**H. BAKER,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION AND REMANDING TO MAGISTRATE**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 84. Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendant Baker's Motion to Dismiss, ECF No. 76, is **DENIED**. This matter is **remanded** to the Magistrate Judge for further proceedings on Plaintiff's claim against Defendant Baker.

**SO ORDERED on July 15, 2015.**

                                                       */s/ Mark E. Walker*
                                                       **MARK E. WALKER**
                                                       **United States District Judge**