IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**VERNON FLANNING, SR.,**

    **Plaintiff,**

v.                                     Case No.  5:12cv337-MW/CJK

**H. BAKER,**

    **Defendant.**
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 126, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 127.  Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   Defendant's Motion for Summary Judgment, ECF No. 111, is **DENIED**.  This case is remanded to the Magistrate Judge for further pretrial proceedings on Plaintiff's individual capacity Eighth Amendment claims against Defendant Baker.

SO ORDERED on September 7, 2016.

                                                     s/Mark E. Walker          
                                                     **United States District Judge**